# EXHIBIT A

**02D03-1810-CT-000598**

STATE OF INDIANA

COUNTY OF ALLEN

IN THE ALLEN SUPERIOR COURT
Civil Division - Courthouse
715 South Calhoun Street, Room 201
Fort Wayne, IN 46802
Telephone: (260) 449-3491
Case Number: _____

Filed: 10/16/2018 3:36 PM
Clerk
Allen County, Indiana
JA

SEAN M. HEIMAN, _____
        Plaintiff

AND/VS

GROTE AUTOMOTIVE, INC. _____
        Defendant

# SUMMONS

TO:    Grote Automotive, Inc.
       c/o Highest Ranking Officer
       1630 N. Coliseum Blvd.
       Fort Wayne, IN 46805

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

  **XX**    Certified Mail      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

  _____    Personal Service    You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,** commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.** The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated:    _10/16/2018_____

                                 _Lisbeth A. Borgmann_ JA
                              **LISBETH A. BORGMANN**
                              **CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS**

_Christopher C. Myers_____(PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)

                              (Seal)

_809 South Calhoun Street, Suite 400_____
Street Address

_Fort Wayne, IN 46802_____
City, State                  Zip Code

_(260) 424-0600_____     _10043-02_
Telephone Number        Attorney Number

(Seal) ALLEN COUNTY CLERK / **SEAL** / INDIANA

## MANNER OF SERVICE
(To be completed by Party Preparing Summons)

**SHERIFF** shall serve this Summons as follows:
  _____    personal service
  _____    leaving a copy at dwelling or place of employment

**OTHER** manner of service:
  **XX**    attorney to serve
  _____    private process server, _____
  _____    other (describe in particular and note Trial Rule)

**CLERK** shall serve this Summons as follows:
  _____    regular mail
  _____    certified mail
  _____    publication

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: _____

Date Issued: _____

_____
Clerk of the Allen Circuit and Superior Courts

_____
Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____ .

_____
Signature of Party        Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**        ( _____ )

READING / delivering a copy (A) to the within named party;

LEAVING A COPY for the within named party
  (B) with the spouse, named:
  (C) with a relative, named:
  (D) at the residence, located at:
  (E) with the employer, named: _____

(E) with a secretary, named:
(F) with the attorney, named:
(H) with this person (other-specify):

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**

_____
Last known address of person named in the document (or Change of Address)

**I did _not_ serve a copy of this Summons because: (** _____ **)**

(I) The party was NOT FOUND / NO SUCH ADDRESS.
(J) the document EXPIRED.
(K) the party AVOIDED service.
(L) the party REFUSED service.
(M) the party was NO LONGER EMPLOYED at the address.
(N) the document was RETURNED by the authority of the Plaintiff.
(O) the party is DECEASED.
(P) the party was UNKNOWN AT THAT ADDRESS.
(Q) the party was on SICK LEAVE / LAY OFF.

(R) the party was on VACATION.
(S) the party was NOT FOUND / VACANT.
(T) the party was NOT FOUND / MOVED.
(U) the party was NOT FOUND IN THIS BAILIWICK.
(V) INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(W) they are NO LONGER IN BUSINESS.
(X) several attempts were made / UNABLE TO SERVE.
(Y) of the following reason (OTHER-specify):

_____

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____
Date Served / Attempted   Time Served / Attempted

_____
Signature of Sheriff of Allen County, Indiana (or other officer)

_____
(Printed Name of Process Server)

By: _____
Signature of Process Server

02D03-1810-CT-000598

USDC IN/ND case 1:18-cv-00409-WCL-SLC   document 1-1   filed 12/10/18   page 4 of 22

Filed: 10/16/2018 3:36 PM
Clerk
Allen County, Indiana
JA

Allen Superior Court 3

STATE OF INDIANA                          IN THE ALLEN SUPERIOR COURT
                                          Civil Division – Courthouse
COUNTY OF ALLEN                           715 South Calhoun Street, Room 201
                                          Fort Wayne, IN 46802
                                          Telephone: (260) 449-3491
                                          Case Number: _____

SEAN M. HEIMAN,
              Plaintiff

AND/VS                                    # SUMMONS

 GROTE AUTOMOTIVE, INC.
              Defendant

TO:    Grote Automotive, Inc.
       c/o Fred Grote (Registered Agent)
       5520 Autumn Woods Trail
       Fort Wayne, IN 46835

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER.**

___XX___ Certified Mail        You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                               commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____ Personal Service      You or your attorney must file a written answer to the claim within **TWENTY-THREE (23) DAYS,**
                               commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the **Clerk of the Allen Superior Court, Room 201, Allen County Courthouse, Fort Wayne, Indiana, 46802.** The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**

Dated: ___10/16/2018___                   *Lisbeth A. Borgmann* JA
                                          LISBETH A. BORGMANN
                                          CLERK OF THE ALLEN CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers         (PLAINTIFF)
Attorney / Party Preparing Summons (Party Represented)      (Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State              Zip Code

(260) 424-0600                  10043-02
Telephone Number         Attorney Number

                          **MANNER OF SERVICE**
                    (To be completed by Party Preparing Summons)
SHERIFF shall serve this Summons as follows:        OTHER manner of service:
_____  personal service                          ___XX___ attorney to serve
_____  leaving a copy at dwelling or place of employment   _____ private process server, _____
                                                    _____ other (describe in particular and note Trial Rule)
CLERK shall serve this Summons as follows:
_____  regular mail
_____  certified mail
_____  publication

I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein.

Date Issued: _____

Date Issued: _____

_____
Clerk of the Allen Circuit and Superior Courts

_____
Clerk of the Allen Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____.

_____
Signature of Party          Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this Summons as specified:**          ( _____ )

    READING / delivering a copy (A) to the within named party;

    LEAVING A COPY for the within named party
        (B) with the spouse, named:               (E) with a secretary, named:
        (C) with a relative, named:             (F) with the attorney, named:
        (D) at the residence, located at:       (H) with this person (other-specify):
        (E) with the employer, named: _____

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:**

_____
Last known address of person named in the document (or Change of Address)

**I did _not_ serve a copy of this Summons because:** ( _____ )

| | | |
|---|---|---|
| (I) | The party was NOT FOUND / NO SUCH ADDRESS. | (R) the party was on VACATION. |
| (J) | the document EXPIRED. | (S) the party was NOT FOUND / VACANT. |
| (K) | the party AVOIDED service. | (T) the party was NOT FOUND / MOVED. |
| (L) | the party REFUSED service. | (U) the party was NOT FOUND IN THIS BAILIWICK. |
| (M) | the party was NO LONGER EMPLOYED at the address. | (V) INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N) | the document was RETURNED by the authority of the Plaintiff. | (W) they are NO LONGER IN BUSINESS. |
| (O) | the party is DECEASED. | (X) several attempts were made / UNABLE TO SERVE. |
| (P) | the party was UNKNOWN AT THAT ADDRESS. | (Y) of the following reason (OTHER-specify): |
| (Q) | the party was on SICK LEAVE / LAY OFF. | |

**I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.**

_____          _____
Date Served / Attempted          Time Served / Attempted          Signature of Sheriff of Allen County, Indiana (or other officer)

_____          By: _____
(Printed Name of Process Server)          Signature of Process Server

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

| SEAN M. HEIMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GROTE AUTOMOTIVE, INC., | ) |
| | ) |
| Defendant. | ) |

## **COMPLAINT**

Plaintiff, Sean M. Heiman, alleges the following against Defendant as follows:

1.  The Plaintiff is Sean M. Heiman, a male, who resides in Fort Wayne (Allen County), Indiana and who, on or about January 30, 2018 filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC"), Charge No. 470-2018-01415, a copy of which is attached hereto, made a part hereof and incorporated herein as Exhibit A.

2.  The Defendant is Grote Automotive, Inc., a corporation doing business at 1630 North Coliseum Blvd., Fort Wayne, Indiana 46805. "Grote" is an 'employer' for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) *et seq.* Grote's Registered Agent is Fred Grote 5520 Autumn Woods Trail, Fort Wayne, Indiana 46835.

3.  The EEOC issued a Dismissal and Notice of Rights/Notice of Suit Rights on or about July 26, 2018, a copy of which is attached hereto and made a part hereof as Exhibit B. This Complaint has been filed within 90 days after receipt thereof.

–1–

4. Plaintiff contends that he was discriminated and discharged on account of his sex (male) and that he suffered a retaliatory discharge, based upon the facts and reasons set forth on Charge of Discrimination No. 470-2018-01415, attached hereto and a part hereof as Exhibit A.

5. Plaintiff has suffered further retaliatory treatment by Defendant and its employees in that they have repeatedly defamed him in social media and they have interfered with his prospective and current employment since he has left Grote Automotive. Defendant and its employees have accused Plaintiff of doing crimes (using and selling drugs) and have intentionally sought to have Plaintiff terminated by his prospective/current employer.

6. Plaintiff was owed wages of $893.94 as a result of car sale transactions that he was owed as set forth in his Application for Wage Claim, which was attached to a letter to the Indiana Department of Labor, all pursuant to I.C. § 22-2-5-1, I.C. § 22-2-9-1 *et seq*. That letter and the Application for Wage Claim and car sale transactions in support of the wage claim are all set forth in Exhibit C, attached hereto and made a part hereof. Attached as Exhibit D is the Indiana Department of Labor letter dated March 16, 2018, authorizing our firm to pursue Plaintiff's wage claims.

7. As a direct and proximate result of the sex discrimination /sex harassment, and retaliatory discharge by Defendant, Plaintiff has lost his job and job-related benefits including income. Furthermore, he has suffered emotional distress, mental anguish, humiliation, embarrassment, inconvenience, and other damages and injuries. Plaintiff seeks backpay, front pay, and compensatory damages.

–2–

8.  The actions of the Defendant were done in intentionally and in reckless disregard of Plaintiff's federally protected civil rights.   Plaintiff requests punitive damages.

9.  Pursuant to Indiana's statute I.C. § 22-2-5-1 and I.C. § 22-2-9-1, Plaintiff is seeking back wages in the amount of $893.94, plus double that amount for liquidated damages, for a total of $2,681.82, plus prejudgment interest, plus reasonable attorney's fees and costs.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for backpay, front pay, compensatory damages, punitive damages, lost wages (plus treble damages and attorney's fees and costs pursuant to Indiana statute), and for all other just and proper relief under Title VII and the Wage Laws enacted by the state of Indiana.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

CHRISTOPHER C. MYERS & ASSOCIATES

 /s/ Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:     (260) 424-0600
Facsimile:     (260) 424-0712
Attorney for Plaintiff

–3–

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 470-2018-01415 |

Equal Employment Opportunity Commission and EEOC

*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Sean M. Heiman | (260) 615-3041 | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 2030-D River Run Trail | Fort Wayne, IN 46825 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Grote Automotive, Inc. | 20+ | (260) 422-5000 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1630 North Coliseum Blvd. | Fort Wayne, IN 46805 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|

| DISCRIMINATION BASED ON (Check appropriate box(es).) | | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|---|
| ☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☒ NATIONAL ORIGIN | Harassment | Earliest 03/2017  Latest Present |
| ☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION | | ☒ CONTINUING ACTION |
| ☐ OTHER (specify) | | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.    The Complainant Sean M. Heiman became employed at Respondent Grote Automotive, Inc., on or about January 10, 2017. Since about March 2017, Complainant has been subjected to a hostile work environment and has been discriminated against and harassed because of his sex (male). Complainant is expecting his first child through his girlfriend of six years, and he is being made fun of because of his affiliation with his girlfriend who is pregnant. A female co-employee would harass the Complainant demanding sex and would continuously text the Complainant about sex and demand sex. Complainant reported her but nothing was done. This girl, along with other employees at Respondent, kept up rumor about the Complainant getting her pregnant. Complainant was bothered so much that he obtained a Protective Order against the female employee. She would break into his car, and he had to get a Protective Order to protect himself. When Respondent found out about the Protective Order, Complainant was told that his job was in jeopardy. Respondent retaliated against the Complainant by stopping him from selling cars, and instead, making him do dishes, making him clean the bathroom, and making him do other chores which interfered with his ability to earn money and perform his job. Furthermore, Respondent's employees interfered with Complainant's ability to make money by unlawfully "splitting deals" on Complainant's customers, as well as making fake complaints about the deals that Complainant was completing. Respondent cleaned out Complainant's front desk, made him take out the trash, made him move cars, and perform other duties that Complainant could not make money at. Respondent's management constantly threatened Complainant's job for fake reasons. Additionally, Complainant was tripped, punched, and pushed by Respondent's co-employees and management. He was asked to buy "pills" and illegal drugs from management. The actions of the Respondent were taken because Complainant reported sex harassment. Respondent's actions were

EXHIBIT
A

intentional, retaliatory acts designed to get Complainant to quit. Complainant seeks compensatory damages and punitive damages under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e.

II. On January 30, 2018, Complainant's manager required that Complainant go into the computer and change the date and language on a work verification letter. This practice has been done repeatedly at Respondent's business. This was a "set-up" -- immediately after doing what he was told to do, Complainant was called into the office and told he was being written up and that Complainant had broken a federal law. This is nothing more that a retaliatory set-up, because Respondent knew that Complainant was in the process of filing a Charge of Discrimination and because he hired a lawyer.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

1/30/2018 *Sean Heiman*
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

01-30-2018

LORI KAY KOLB
Seal
Notary Public · State of Indiana
Allen County
My Commission Expires Dec 20, 2024

Filed: 10/18/2018 3:36 PM
Clerk
Allen County, Indiana
JA

Allen Superior Court 3

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Sean Heiman<br>2030 D River Run Trail<br>Fort Wayne, IN 46825 | From: Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2018-01415 | Frederick J. BruBaker,<br>Enforcement Supervisor | (317) 226-7350 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Michelle Eisele,
District Director

Enclosures(s)

JUL 26 2018 *(Date Mailed)*

cc: GROTE AUTOMOTIVE, INC.
c/o Scott Preston
JACKSON LEWIS P.C.
10 West Market Street
Suite 2400
Indianapolis, IN 46204

Christopher Myers
CHRISTOPHER MYERS & ASSOCIATES
Law Offices
809 Calhoun Street, Suite 400
Fort Wayne, IN 46802

EXHIBIT B

Filed: 10/16/2018 3:36 PM
Clerk
Allen County, Indiana
JA

Allen Superior Court 3

## CHRISTOPHER C. MYERS & ASSOCIATES

LAW OFFICES

809 S. Calhoun Street, Suite 400 • Fort Wayne, IN 46802

(260) 424-0600 • (260) 424-0712

| | |
|---|---|
| CHRISTOPHER C. MYERS | cmyers@myers-law.com |
| ILENE M. SMITH | ismith@myers-law.com |
| LORI W. JANSEN | ljansen@myers-law.com |
| DAVID W. FRANK | dfrank@myers-law.com |
| JENNIFER L. HITCHCOCK | jhitchcock@myers-law.com |

March 1, 2018

Sean M. Keefer, Commissioner
Indiana Department of Labor
Indiana Government Center, South
402 W. Washington Street, Room W195
Indianapolis, IN 46204

    *Re: Sean Heiman v. Grote Automotive*

Dear Mr. Keefer:

    I am an attorney in good standing. I have been requested by Sean Heiman to represent him in a wage claim/wage payment action pursuant to I.C. § 22-2-5-1 / § 22-2-9-1 *et. seq.* Please nominate, and approve, me as the attorney going forward to represent Mr. Heiman on his wage claim, the contents of which are attached hereto and made a part hereof.

                Very truly yours,

                **CHRISTOPHER C. MYERS & ASSOCIATES**

                Christopher C. Myers

CCM/lkk

EXHIBIT
C



**Application For Wage Claim**
State Form 2069 (R4 / 2-99)
Indiana Department of Labor

Wage Claim # _____

Indiana Department of Labor
Wage and Hour Division
402 West Washington Street, W195
Indianapolis, IN 46204

*Please type or print your response and be sure to answer all questions*

| Employee | Employer |
|---|---|
| Name  Sean Heiman | Name  Grote Automotive |
| Address  2020 River Run TRL. APT B | Address  1630 N Coliseum BLVD |
| City  Fort Wayne | City  Fort Wayne |
| State, Zip  IN 46825 | State, Zip  IN, 46805 |
| Telephone  (260) 615-3041 | Telephone  (260) 422-5000 |

| Amount of Claim  $ 2,681.82 | Length of Employment: | From  01/10/17 | To  02/02/18 |
|---|---|---|---|

Address Where Work Was Performed:  1630 N Coliseum BLVD

Reason for Leaving Employment:  Terminated

Reason Given For Non-Payment:  No reason given.

| Wage Agreement:  Hourly  $ | Salary  $ | Commission  $ 893.94 | Piece Rate  $ |
|---|---|---|---|

| Type of Claim: Check box(s) | Minimum Wage Complaint | Non-Payment of Overtime | Non-Payment of Vacation | Payroll Deduction | Non-Payment of Paycheck(s) |
|---|---|---|---|---|---|

INSTRUCTIONS:   (1) Show, mathematically, how you calculated the amount of your claim
  (2) Be sure to list the dates of non-payment, including hours worked each day with beginning and ending times
  (3) Attach your supporting documentation behind this form

Car Sale Transactions

Pelito    #359.00
Coleman   #234.94
Yockey    #200.00
Hogland   #100.00
Total:  893.94  x 3 = #2,681.82

Plus attorney fees + costs.

**Incomplete Forms**
Any incomplete Application For Wage Claim will be returned to its sender in its entirety without any action taken from our Department.

**Disclaimer**
The Department of Labor has the right to reject this claim at any time if, in the judgement of the Commissioner of Labor, said claim is not valid and enforceable in the courts.

**Declaration**
I hereby certify under the penalty of perjury that the above statements are true and that I will testify to same before a court of law, if necessary to collect the amount due to me.  Pursuant to IC 22-2-9-5, I hereby assign to the Commissioner of Labor all my rights, title and interest in and to the above certified claim for processing in accordance with the provisions of IC 22-2-9-1, et seq.

| Signed  Sean Heiman | Dated  2/22/18 |
|---|---|

Date Received (Office Use Only)



I should be paid

Polito, Carlos
manes,michelle — $359.00

Coleman, Amanda = $234.94

Yockey         — $200 ← could be more
                          flat rate
                          lowest they
                          could pay
                          me.

AR $185 charged
85 tow
$100 David Hogland    + 100

    359
  +234.94
  +200
  +100
  ──────
  = $893.94  /Fired 2/2/18
    x 3       Have not been
              paid my full
  = $2,681.82  last check for
  They owe    17 working days
    me         x 3

| | | | | | |
|---|---|---|---|---|---|
| 1/3 | 19988 | Carlos, Polito | (xx) 228-5684 | 1335.99/300 | 25/25 = $250 |
| 1/5 | 19704 | Craig, Bell | (xx) 409-3145 | 1335.99/334 | 25/0 = $359.6 |
| 1/2 | 19451 | Kenneth, Robertson | (260) 209-1731 | 649.30/200 | 25/07 = $025 |
| 1/6 | 20098 | Doyre Stallings | (260) -435-0304 | -95.51/200 | 8/8 = $200 |
| 1/8 | 20089 | Holdeman, Ashley | (260) -449-6320 | | Repo Car Paid $225 |
| 1/12 | 20065 | Parker, Eric | (260) 248-9854 | | 25/0 = $225 |
| 1/12 | 20144 | Hughes, Charles | (574) 253-8142 | $4849.18/212.0 | 25/07 R $237.08 + $278.05 |
| 1/13 | 20142 | Paulette, Juntara Amanda, Coleman | (260) 353-9048 | $839.76/207.94 | |
| 1/15 | 20074 | Regina, Corey | (260) 206-1222 | | = $483.08 |
| 1/11 | 20164 | Linda, Soule | (917) 200-2310 | | PAID |
| 1/26 | 20174 | Brandon, Yockey | (260) 310-3827 | | |
| 1/27 | 20310 | Harley, Kayla | (860) 350-3193 | | |
| | | | | | |

TYPE: P=Phone  E=Email  L=Letter  M=Meeting



**Check Date 01-12-18**

**7103 Sean Heimann  Commission**

| Customer | | Commission | |
|---|---|---|---|
| 2006-Duckett | | 654.81 | flat |
| 19010-Hernandez | | 225.00 | flat |
| 19469-Gingerich | | 225.00 | flat |
| 10451-Robertson | | 200.00 | flat |
| 10640-Hammons | | 250.00 | flat |
| **SUBTOTAL** | | **1,464.81** | |
| *policy adjustments* | | | |
| 10625-Santana | 6032203 | 129.33 | 289.63 |
| 19291-Millage | 6032433 | 340.01 | 55 CC... |
| 10707-Gephart | (reform) | .003 | 410.00 |
| | | | 393.51 |
| | (re) | | 703.69 |
| Time Card | 36.0 | | 281.40 |
| 12/30/2017 | 36.0 | | 422.28 |
| /6/2018 | Min wage* | | 300.00 |



| Customer | | Commission | flat |
|---|---|---|---|
| 20164-soule | | 225.00 | |
| 20174-Yockey | trade title bad | 225.00 | |
| 20142-Coleman | trade title | | |
| 19986-Polito | trade title | $0.00 | |
| SUBTOTAL | | $225.00 | |

*policy adjustments:*

| Time Card | reg | | |
|---|---|---|---|
| | 0.0 | 0.00 | |
| | 0.0 | 0.00 | |
| Min Wage | | $0.00 | |



Filed 10/16/2018 3:36 PM
Clerk
Allen County, Indiana
JA

Allen Superior Court 3



STATE OF INDIANA

OFFICE OF THE ATTORNEY GENERAL
302 WEST WASHINGTON STREET, IGCS 5TH FLOOR
INDIANAPOLIS, INDIANA 46204

CURTIS T. HILL, JR.
ATTORNEY GENERAL

March 16, 2018

Christopher C. Myers
Christopher C. Myers & Associates
809 South Calhoun, Ste. 400
Fort Wayne, Indiana 46802

      **RE: Sean Heiman v. Grote Automotive**
           **Wage Claim #18-16478**
           **Amount: $2,681.82**

Dear Mr. Christopher C. Myers:

I am writing in response to your request that the Office of the Attorney General provide you with authorization to pursue the claimant's wage claims in the above-referenced case. This Office has no objection to your pursuing such claims and, to the extent that it is authorized to refer the case to your office for action, hereby does so. No finding is made by the Office of the Attorney General as to any issues that might be construed as having been raised by this complaint.

You have represented that you are an attorney admitted to the practice of law in Indiana and in good standing. You have further represented that you have uncovered no conflicts of interest in the above-referenced matter. Thus, we are authorizing you pursuant to Indiana Code § 22-2-9-4 to represent the individual plaintiff in this action.

We ask only that you pursue the action diligently and report to us on the results. Feel free to contact me at (317) 232-6526 if you have any questions.

Sincerely,

Rebecca L. Loeffler
Government Litigation Section Chief

cc: Rick J. Ruble, General Counsel, IDOL
cc: Patricia Orloff Erdmann, Chief Counsel for Litigation, OAG

EXHIBIT
D

WAGE CLAIM DISPUTE RESULTS

Instructions:  Please print the requested information below and return the completed form to the Chief Operating Officer of the Office of the Attorney General.  You may either submit your form electronically to coo@atg.state.in.us or you may submit your form via US mail or fax to:

Chief Operating Officer
Office of the Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770
Fax: 317.232.7979
Email: coo@atg.state.in.us

Wage Claim # (from DOL):           **18-16478**

Claimant's Name:                          **Sean Heiman**

Claimant's Address:                       2030 River Run Trl. Apt D, Fort Wayne, IN 46825

Claimant's Attorney Name:           Christopher C. Myers / Christopher C. Myers & Associates

Attorney's Business Address:         809 South Calhoun, Ste. 400, Fort Wayne, Indiana 46802

County:

Attorney's Business Telephone Number:

Attorney's Email:

Attorney's Fax:

Employer (Defendant):

Employer's Address:

Amount of Claim:

Recovery Amount:

Date of Recovery:

Attorney's Fees Awarded:

Attorney's Signature:

Printed Name:



**Application For Wage Claim**
State Form 2089 (R4 / 2-99)
Indiana Department of Labor

Wage Claim # **18-16478**

Indiana Department of Labor
Wage and Hour Division
402 West Washington Street, W195
Indianapolis, IN 46204

*(Please type or print your response and be sure to answer all questions)*

| Employee | Employer |
|---|---|
| Name *Sean Heiman* | Name *Grote Automotive* |
| Address *2030 River Run TRL. APT* | Address *1630 N Coliseum BLVD* |
| City *Fort Wayne* | City *Fort Wayne* |
| State, Zip *IN   46825* | State, Zip *IN , 46805* |
| Telephone *(260) 615-3041* | Telephone *(260) 422-5000* |

| Amount of Claim | $ *2,681.82* | Length of Employment: | From *01/10/17* | To *02/02/18* |
|---|---|---|---|---|

Address Where Work Was Performed: *1630 N Coliseum BLVD*

Reason for Leaving Employment: *Terminated*

Reason Given For Non-Payment: *No reason given.*

| Wage Agreement: | Hourly | $ | Salary | $ | Commission | $ *893.94* | Piece Rate | $ |
|---|---|---|---|---|---|---|---|---|

| Type of Claim: Check box(s) | Minimum Wage Complaint | Non-Payment of Overtime | Non-Payment of Vacation | Payroll Deduction | Non-Payment of Paycheck(s) |
|---|---|---|---|---|---|

**INSTRUCTIONS:**
(1) Show, mathematically, how you calculated the amount of your claim
(2) Be sure to list the dates of non-payment, including hours worked each day with beginning and ending times
(3) Attach your supporting documentation behind this form

*Car Sale Transactions*

*Polito      $359.00*
*Coleman   $234.94*
*Yockey     $200.00*
*Hoagland  $100.00*

*Total:   893.94  x 3  =  $2,681.82*

*Plus attorney fees + costs.*

**Incomplete Forms**
Any incomplete Application For Wage Claim will be returned to its sender in its entirety without any action taken from our Department.

**Disclaimer**
The Department of Labor has the right to reject this claim at any time if, in the judgement of the Commissioner of Labor, said claim is not valid and enforceable in the courts.

**Declaration**
I hereby certify under the penalty of perjury that the above statements are true and that I will testify to same before a court of law, if necessary to collect the amount due to me. Pursuant to IC 22-2-9-5, I hereby assign to the Commissioner of Labor all my rights, title and interest in and to the above certified claim for processing in accordance with the provisions of IC 22-2-9-1, et seq.

Signed *Sean Heiman*    Dated *2/22/18*

Date Received *(Office Use Only)*

*JUN 05 2018*